IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 19-cv-0801-WJM-NRN

APEG ENERY II, LP,

    Plaintiff,

v.

DAVID VELTRI,

    Defendant, and

U.S. ENERGY CORPORATION,

    Nominal Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Rule 41 Motion to Dismiss [ECF 101] entered by Judge William J. Martínez on December 31, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Plaintiff's Motion for Voluntary Dismissal without Prejudice and Reimbursement of Attorneys' Fees and Expenses [ECF 80] is granted to the extent that Plaintiff seeks to voluntarily dismiss this lawsuit, but otherwise denied.  It is further

ORDERED that this civil action and Amended Complaint are dismissed without prejudice as moot and this case will be closed.

DATED at Denver, Colorado this 31st day of December, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
    Anna Frank, Deputy Clerk